| | |
|---|---|
| RAFAEL GODINEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>SCOTT KERNAN, et al.,<br><br>          Defendants. | No. 1:19-cv-01746-NONE-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION FOR LEAVE TO AMEND<br><br>(Doc. Nos. 12 & 18) |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

   Plaintiff Rafael Godinez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On May 10, 2021, the assigned magistrate judge entered findings and recommendations, finding that plaintiff's second amended complaint (Doc. No. 10) stated cognizable claims against defendants Algazzaly and Herrick and four Doe defendants for excessive use of force and against defendant Gray for retaliation, but that it failed to state any other cognizable claims for relief . (Doc. No. 12.)  The magistrate judge also found that the granting of further leave to amend would be futile given the fact that plaintiff's two previous amendments had failed to cure the noted deficiencies in his complaints.  (*Id.* at 8.)  The findings and recommendations were served on plaintiff and provided that objections thereto may be filed within 21 days.  (*Id.*)  After receiving two extensions of time to do so (Doc. Nos. 14 & 16), plaintiff filed objections and lodged a

proposed third amended complaint on July 12, 2021.  (Doc. Nos. 17 (lodged third amended complaint) & 18 (objections)).)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Plaintiff's objections to the pending findings and recommendations establish no flaws with the analysis set forth in the pending findings and recommendations.  Having carefully reviewed the entire file, including plaintiff's objections to the findings and recommendations, the court finds those findings and recommendations to be supported by the record and proper analysis.

The court also construes plaintiff's objections as including a motion for the granting of leave to amend his complaint.  However, plaintiff's proposed third amended complaint also fails to address the pleading deficiencies identified in the pending findings and recommendations.  Therefore, the court will deny further leave to amend as futile.

Accordingly,

1. The findings and recommendations issued on May 10, 2021 (Doc. No. 12) are adopted in full;
2. Defendants Jhonson, Kernan, Nunley, Sullivan, Tingley, Wood, and Zanchi are dismissed from this action;
3. This action shall proceed solely on plaintiff's claims against defendants Algazzaly and Herrick and Does 1-4 for the excessive use of force in violation of the Eighth Amendment and against defendant Gray for retaliation in violation of the First Amendment;
4. Plaintiff's motion for further leave to amend (Doc. No. 18) is denied as futile; and
5. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **October 13, 2021**

UNITED STATES DISTRICT JUDGE