UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL GODINEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. HERRICK, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01746-JLT-SKO (PC)<br><br>**ORDER STRIKING LODGED DOCUMENTS**<br><br>(Docs. 44 & 45) |

Plaintiff Rafael Godinez is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

**I.       RELEVANT BACKGROUND**

On March 18, 2022, this Court issued its Discovery and Scheduling Order. (Doc. 43.) The Order provides the parties with information pertaining to discovery and a schedule and deadlines for discovery and related motions in this action. (*Id.*)

On April 6, 2022, Plaintiff submitted a document titled "Plaintiff's Discovery Plan Per Courts 3/18/22 Order …." (Doc. 44.) On April 19, 2022, Plaintiff submitted correspondence and a similarly titled "Plaintiffs Discovery Plan …" document. (Doc. 45.) Both documents were lodged, rather than filed, with the Court.

//

//

## II. DISCUSSION

Despite submitting these "discovery plans," citing to the Court's March 18th Discovery and Scheduling Order, Plaintiff's submissions are improper and unnecessary.

This Court's Discovery and Scheduling Order does *not* direct the parties to file a discovery plan. (*See* Doc. 43.) While Rule 26 of the Federal Rules of Civil Procedure requires initial disclosures of parties in civil actions, prisoner civil rights actions are exempt from this requirement. *See* Fed. R. Civ. P. 26(a)(1)(B)(iv) ("The following proceedings are exempt from initial disclosure … an action brought without an attorney by a person in the custody of … a state"). Therefore, Plaintiff is not required to file a discovery plan in this action. Accordingly, the documents lodged on April 6 and April 19, 2022, will be stricken.

Should Plaintiff elect to participate in discovery with Defendants, he should follow the Discovery and Scheduling Order issued March 18, 2022. Plaintiff should be mindful of specific applicable deadlines and of the deadline for the completion of discovery. The Court is not involved in discovery unless the parties are unable to work out their differences concerning any discovery dispute.

## III. CONCLUSION AND ORDER

For the reasons stated above, it is ORDERED that the lodged documents (Doc. Nos. 44 & 45) submitted by Plaintiff on April 6, 2022, and April 19, 2022, respectively, be STRICKEN.

IT IS SO ORDERED.

Dated:   **April 21, 2022**             /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE