UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL GODINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. HERRICK, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01746-JLT-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 50) |

Plaintiff Rafael Godinez is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

On March 18, 2022, this Court issued its Discovery and Scheduling Order, setting forth deadlines for the completion of discovery and the filing of various motions. (Doc. 43.) Pretrial motions were to be filed no later than October 17, 2022. (*Id*. at 1, 3.)

On October 14, 2022, Defendants filed a Motion to Modify the Discovery and Scheduling Order. (Doc. 50.) Defendants seek a 91-day extension of the pretrial dispositive motion deadline. (*Id.* at 4.) The motion is supported by the declaration of John W. Faulconer. (Doc. 50-1.) Defense counsel declares that despite his diligent efforts, more time is required to "investigate a basis for a motion for summary judgment" and to draft such a motion in this action. (*Id*. at 1-2, ¶ 2.) He cites an extensive caseload and details several conflicting obligations in other matters pending before this Court, as well as a putative class action before the Northern District of California. (*Id*. at 2, ¶

3.) Defense counsel further declares he was away from the office October 4 through 6 with a serious illness. (*Id*.) Lastly, he declares his request is not made to delay these proceedings and further declares an extension will not prejudice Plaintiff. (*Id*. at 3, ¶ 4.)

Good cause appearing, **IT IS HEREBY ORDERED** that Defendants' Motion to Modify the Discovery and Scheduling Order (Doc. 50) is **GRANTED**. The deadline for filing pre-trial dispositive motions is extended to **January 16, 2023**.

**No further extensions of time will be entertained absent a showing of good cause. Any request for an extension of time for any deadline set forth above must be filed at least two weeks prior to expiration of the deadline**.

IT IS SO ORDERED.

Dated:   **October 17, 2022**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE