UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL GODINEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>A. HERRICK, et al.,<br><br>        Defendants. | Case No. 1:19-cv-1746 JLT SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS THIS ACTION FOR PLAINTIFF'S FOR FAILURE TO OBEY THE COURT'S ORDER AND FAILURE TO PROSECUTE<br><br>(Doc. 54) |

      Rafael Godinez seeks to hold the defendants liable for civil rights violations pursuant to 42 U.S.C. § 1983. The magistrate judge found Plaintiff failed to obey the Court's order and failed to prosecute this action. (Doc. 54.) Therefore, the magistrate judge recommended the action be dismissed without prejudice. (*Id*. at 4.) The Court served the Findings and Recommendations on the parties and provided 14 days to file objections. (*See id.* at 5.) The Court advised Plaintiff that the "failure to file objections within the specified time may result in waiver of his rights on appeal." (*Id*., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1911). To date, the parties have not filed objections, and the time to do so has expired.

      According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on March 10, 2023 (Doc. 54) are **ADOPTED** in full.
2. The action is **DISMISSED**, without prejudice, for Plaintiff's failure to obey court orders and failure to prosecute.
3. The Clerk of the Court is directed to terminate all pending motions and to close this case.

IT IS SO ORDERED.

Dated: __**March 31, 2023**__                                   _/s/ Jennifer L. Thurston_
                                                                                  UNITED STATES DISTRICT JUDGE